64 A.3d 557

IN THE MATTER OF EDWARD G. WERNER, AN ATTORNEY AT LAW (ATTORNEY NO. 035191989).

April 26, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–308, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **EDWARD G. WERNER** of **MOORESTOWN,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.16(d) (failure to return unearned portion of a retainer);

And the Disciplinary Review Board having further determined that respondent should refund the entire fee to the client;

And good cause appearing;

It is ORDERED that **EDWARD G. WERNER** is hereby reprimanded; and it is further

ORDERED that respondent shall refund the fee of $4,000 to Claire Keating within sixty days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.